B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Iowa | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Burlington Basket Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Burlington Baby** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**42-0161560** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1404 West Mt. Pleasant Street**<br>**West Burlington, IA**<br><div align="right">ZIP Code</div>**52655** | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Des Moines** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 395**<br>**West Burlington, IA**<br><div align="right">ZIP Code</div>**52655** | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(4/10)** <div align="right">Page 2</div>

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Burlington Basket Company** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b></td><td><b>Exhibit B</b></td></tr>
<tr>
<td>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.</td>
<td>(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
   Signature of Attorney for Debtor(s)       (Date)</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

■ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

   ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

   ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

              _____
              (Name of landlord that obtained judgment)

              _____
              (Address of landlord)

   ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                     Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Burlington Basket Company** |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X /s/ Dale G. Haake**
_____
Signature of Attorney for Debtor(s)

**Dale G. Haake IS9999122**
_____
Printed Name of Attorney for Debtor(s)

**Katz, Huntoon & Fieweger, P.C.**
_____
Firm Name
**1000 36th Avenue**
**Moline, IL 61265**

_____
Address

**Email: dhaake@katzlawfirm.com**
**309/797-3000  Fax: 309/797-3330**
_____
Telephone Number
**July 25, 2011**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Rick L. Thompson**
_____
Signature of Authorized Individual
**Rick L. Thompson**
_____
Printed Name of Authorized Individual
**CEO**
_____
Title of Authorized Individual
**July 25, 2011**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Form B1, Exhibit C**
**(9/01)**

# United States Bankruptcy Court
## Southern District of Iowa

In re   **Burlington Basket Company** _____   Case No. _____
                                              Debtor(s)        Chapter   **11** _____

## Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**Burlington Basket Facility, former General Electric Facility**
**EPA ID No. IAD 000678037**
**Administrative Order on Consent, Docket No. RCRA-07-2009-0013**

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**Environmental covenant, responsibility of General Electric.  (see attached).**

## ENVIRONMENTAL COVENANT

This Environmental Covenant is made this $\underline{27}$ day of $\underline{July}$, 2010, by and between Burlington Basket Company ("Grantor"), having an address of PO Box 3951404 West Mt. Pleasant Street West Burlington, IA 52655, and General Electric Company ("Holder"), having an address of 41 Woodford Avenue, Plainville, CT 06062. This environmental covenant is established for the purpose of subjecting the affected property described below to certain activity and use limitations in accordance with the terms and conditions specified below and the provisions of Iowa's Uniform Environmental Covenants Act, Iowa Code Chapter 455I. The U.S. Environmental Protection Agency, Region 7 ("EPA") is entering into this covenant in its capacity as an "agency" as provided in Iowa Code sections 455I.2 and 455I.3. The Iowa Department of Natural Resources ("IDNR") is entering into this covenant pursuant to Iowa Code section 455B.103(7).

1. **The Property**. Burlington Basket Company is the fee simple title owner of that real property legally described as in Exhibit A attached hereto, and located at 1404 – 1418 West Mt. Pleasant Street, West Burlington, Des Moines County, Iowa 52655 (the "Property").

2. **Purpose**. Because contamination remains on the Property at levels above those appropriate for unlimited use and unrestricted exposure, this Environmental Covenant is being imposed on the Property for the purposes of protecting public health and the environment, and to prevent interference with the performance, and the operation and maintenance, of any environmental response project required under the terms of the below-referenced Administrative Order on Consent.

3. **Background**. The Property was formerly the site of a General Electric ("GE") plant at which GE manufactured medium voltage switchgear and switchboard apparatus in two facility buildings. GE leased the facility from John Van Velzer, who sold the facility to the current owner the Burlington Basket Company in 1986. Interim Status and authorization to operate and own the hazardous waste facility was granted under Section 3005 of the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. § 6925. GE requested termination of interim status in 1984 and submitted a closure plan for the site which was approved in 1986. GE conducted a RCRA Facility Investigation ("RFI"), to determine the nature and extent of the presence of any release or the potential for future releases of hazardous wastes and/or hazardous waste constituents from the facility. An RFI report was finalized on February 25, 1997. Additional investigation work was completed and on March 29, 2002, an RFI Addendum report was

2

finalized.  GE performed a Corrective Measures Study ("CMS") to identify and evaluate alternatives(s) to determine the appropriate extent of corrective action necessary at the facility to address site contamination.  On June 12, 2006, GE finalized the CMS report.  The EPA issued a Statement of Basis for public comment on October 27, 2006, proposing monitored natural attenuation of groundwater, surface water sampling and institutional controls to address the risks posed by the contamination at the facility.  On March 8, 2007, the EPA issued a Final Remedy Decision which selected the corrective actions to address contamination at the Site.  The Final Remedy Decision included institutional controls as part of the corrective measures.  GE and Burlington Basket have entered into an Administrative Order on Consent, Docket No. RCRA-07-2009-0013, with the EPA, which requires the imposition of the activity and use limitations herein.  The Statement of Basis, Final Remedy Decision, Administrative Order on Consent, and other documents contained in the administrative record may be reviewed at the EPA offices at the address specified in Paragraph 17 below.

4.  **Identity of Grantor, Grantee/Holder, and Agency, as each is defined in this Environmental Covenant and as provided in Iowa's Uniform Environmental Covenants Act (Iowa Code Chapter 455I).**

| | |
|---|---|
| Grantor: | Burlington Basket Company is the current owner of the Property and the Grantor of this Environmental Covenant. |
| Grantee/Holder: | General Electric Company, its successor and assigns, is the Grantee/Holder of this Environmental Covenant. |
| Agency: | EPA is an Agency under this Environmental Covenant. |

5.  **Representations and Warranties.**  The Grantor warrants to the other signatories to this Environmental Covenant the following:

A.  That it is the sole fee simple title owner of the Property;

B.  That it holds sufficient fee simple title to the Property to grant the rights and interests described in this Environmental Covenant free of any conflicting legal and equitable claims; and

C.  That it has identified all other persons holding legal or equitable interests to the Property, including, but not limited to, contract buyers, mortgagees, other consensual lien holders, and lessees and secured their consent to this Environmental Covenant either by obtaining their signatures hereto or by a separate subordination agreement attached hereto.

6.  **Running with the Property.**  This Environmental Covenant is perpetual and runs with the Property as provided in Iowa Code Chapter 455I until modified or terminated as provided below in Section 11.  This Environmental Covenant is binding on Grantor and all of its successors, assigns, and all transferees acquiring or owning any right, title, lien or interest in the Property and their heirs, successors, assigns, grantees, executors, administrators, and devisees. The term "transferee," as used in this Environmental Covenant, shall mean any future owner of any interest in the Property or any portion thereof, including, but not limited to, owners of an interest in fee simple, contract buyers, mortgagees, easement holders, and/or lessees.

7. **Activity and Use Limitations and Terms**. The following activity and use limitations apply to the use of the Property:

A. The Property and any buildings and other improvements to be erected thereon shall be used solely for commercial, industrial, warehouse and retail and wholesale sales only and for no other purpose whatsoever, notwithstanding that other uses may be permitted by the applicable zoning or other ordinances now or in the future affecting the Property. Further, notwithstanding any of the foregoing and even though such may constitute a "commercial" or other permitted use, in no event shall the Property be used for any residential purposes, childcare center, playgrounds, parks or other outdoor recreational activities, school, elder care facility, nursing home or hospital;

B. Excavation or other subsurface work will be permanently restricted in the area of the Property as identified in Figure 3, except in cases of emergency utility repair activities or other subsurface work necessary for the protection of human health and safety. EPA and IDNR shall be notified within 7 calendar days of the initiation of any excavation or subsurface work in this area of the Property.

C. Other than as provided in Paragraph 9 below, water well(s) shall not be installed on the Facility property, and no part of the groundwater shall be used for any use or purpose whatsoever, including without limitation, industrial, commercial, residential, drinking, or irrigation purposes;

D. EPA, IDNR and Holder shall be notified a minimum of 90 calendar days prior to any transfer of title to the property or change in the use of the Property from its current use as an industrial facility.

8. **Notice of Non-Compliance**. Grantor and any subsequent transferee of the Property shall notify IDNR, EPA, and Grantee/Holder as soon as possible of any conditions that would constitute a breach of the activity and use limitations specified above in Paragraph 7.

9. **Access**. Grantor grants to the Grantee/Holder and its authorized representatives and to IDNR, and its authorized representatives, an irrevocable, permanent and continuing right of access at all reasonable times to the Property, and also hereby assures the access of EPA, an Agency, and its authorized representatives, to the Property for the purposes of:

A. Implementing the corrective measures in the Final Remedy Decision and Administrative Order on Consent;

B. Verifying any data or information submitted to EPA;

C. Verifying that no action is being taken on the Property in violation of the terms of this instrument or of any federal or state environmental laws or regulations;

D. Monitoring response actions on the Site and conducting investigations relating to contamination on or near the Site, including, without limitations, sampling of soil, air,

and groundwater, and specifically, without limitation, obtaining split or duplicate samples;

E.  Drilling and construction of groundwater monitoring wells authorized or otherwise directed by EPA;

F.  Conducting periodic reviews of the Grantor's response actions, including but not limited to reviews required by the Administrative Order on Consent and applicable statutes and/or regulations; and

G.  Implementing additional or new corrective measures if EPA, in its sole discretion, determine i) that such actions are necessary to protect the environment because either the original corrective measures performed have proven to be ineffective or because new technology has been developed which will accomplish the purposes of the corrective measure in a significantly more efficient or cost effective manner; and ii) that the additional or new corrective measure will not impose any significantly greater burden on the Property or unduly interfere with the then existing uses of the Property.

10.  **Groundwater Hazard Statement.**  Iowa Code section 558.69 requires submission of a groundwater hazard statement and notice if "hazardous waste," as defined in Iowa Code sub-sections 455B.411(3), 455B.412(2) or section 455B.464, is present on real property.  If hazardous waste is present, the groundwater hazard statement must state that the condition is being managed in accordance with IDNR rules.  Grantor and all subsequent transferees required to submit a groundwater hazard statement under Iowa Code section 558.69 for the Property shall make reference to this Environmental Covenant in any instrument conveying an interest in the Property.  Such reference shall be in substantially the following form:

THE INTEREST CONVEYED IS SUBJECT TO AN ENVIRONMENTAL COVENANT, DATED_____, 200_, RECORDED IN THE DES MOINES COUNTY RECORDER/REGISTRAR OFFICE ON _____, 200_, AS [DOCUMENT ____, BOOK___, PAGE ____, OR BY PARCEL NUMBER ___]. THE ENVIRONMENTAL COVENANT CONTAINS THE FOLLOWING ACTIVITY AND USE LIMITATIONS:   (1) THE PROPERTY AND ANY BUILDINGS AND OTHER IMPROVEMENTS TO BE ERECTED THEREON SHALL BE USED SOLELY FOR COMMERCIAL, INDUSTRIAL, WAREHOUSE AND RETAIL AND WHOLESALE SALES ONLY AND FOR NO OTHER PURPOSE WHATSOEVER, NOTWITHSTANDING THAT OTHER USES MAY BE PERMITTED BY THE APPLICABLE ZONING OR OTHER ORDINANCES NOW OR IN THE FUTURE AFFECTING THE PROPERTY. FURTHER, NOTWITHSTANDING ANY OF THE FOREGOING AND EVEN THOUGH SUCH MAY CONSTITUTE A "COMMERCIAL" OR OTHER PERMITTED USE, IN NO EVENT SHALL THE PROPERTY BE USED FOR ANY RESIDENTIAL PURPOSES, CHILDCARE CENTER, PLAYGROUNDS, PARKS OR OTHER OUTDOOR RECREATIONAL ACTIVITIES, SCHOOL, ELDER CARE FACILITY, NURSING HOME OR HOSPITAL; (2) OTHER THAN AS DIRECTED BY EPA OR IDNR, WATER WELL(S) SHALL NOT BE INSTALLED ON THE FACILITY PROPERTY, OR ON PROPERTIES WHERE GROUNDWATER

CONTAMINATION FROM THE FACILITY HAS COME TO EXIST, AND NO PART OF THE GROUNDWATER SHALL BE USED FOR ANY USE OR PURPOSE WHATSOEVER, INCLUDING WITHOUT LIMITATION, INDUSTRIAL, COMMERCIAL, RESIDENTIAL, DRINKING, OR IRRIGATION PURPOSES ; (3) EXCAVATION OR OTHER SUBSURFACE WORK IN THE AREA OF THE PROPERTY AS IDENTIFIED IN FIGURE 3 SHALL BE PROHIBITED ON THE PROPERTY WITHOUT PRIOR NOTIFICATION AND APPROVAL OF EPA, EXCEPT IN CASES OF EMERGENCY UTILITY REPAIR ACTIVITIES, OR OTHER SUBSURFACE WORK NECESSARY FOR THE PROTECTION OF HUMAN HEALTH AND SAFETY. EPA AND IDNR SHALL BE NOTIFIED WITHIN 7 CALENDAR DAYS OF THE INITIATION OF EMERGENCY SUBSURFACE WORK ON THE PROPERTY; AND (4) EPA AND IDNR SHALL BE NOTIFIED A MINIMUM OF 30 CALENDAR DAYS PRIOR TO ANY TRANSFER OF TITLE TO THE PROPERTY OR CHANGE IN USE OF THE PROPERTY FROM ITS CURRENT USE AS AN INDUSTRIAL FACILITY.

11. **Modification and Termination.** This Environmental Covenant may be modified or terminated in accordance with and subject to the provisions of Iowa Code Chapter 455I and applicable federal law, including, but not limited to, Iowa Code 455I.10 if the modification is by consent and Iowa Code 455I.9.3 since a federal agency is involved. The termination or modification of this Environmental Covenant is not effective until the document evidencing consent of all necessary persons is properly recorded.

12. **Enforcement.** The terms of this Environmental Covenant may be enforced in a civil action for injunctive or other equitable relief by the signatories and those persons authorized by and in accordance with Iowa Code Chapter 455I.

13. **Severability.** If any provision of this Environmental Covenant is found to be unenforceable in any respect, the validity, legality and enforceability of the remaining provisions shall not in any way be affected or impaired.

14. **Governing Law.** This Environmental Covenant shall be governed by and interpreted in accordance with the laws of the state of Iowa.

15. **Recordation.** Within thirty (30) days following execution of this Environmental Covenant by all parties hereto, Grantor shall properly record this Environmental Covenant with the Des Moines County, Iowa, Recorder/Registrar Office.

16. **Effective Date.** The effective date of this Environmental Covenant shall be the date upon which the fully executed Environmental Covenant has been properly recorded with the Des Moines County, Iowa, Recorder/Registrar Office.

17. **Notice**.  Unless otherwise notified in writing by an Agency, any document or notice required by this Environmental Covenant shall be submitted to:

To Grantor:


Burlington Basket PO Box 395
1404 West Mt. Pleasant Street
West Burlington, IA 52655


To Holder:

General Electric Company

Bonnie Harrington, Esquire
Senior Counsel
c/o GE Industrial Solutions
Office of Legal Counsel
41 Woodford Avenue
Plainville, CT 06062



To Agencies:


Director
Iowa Department of Natural Resources
Wallace State Office Building
502 East 9th Street
Des Moines, Iowa  50319
And


Director
Air and Waste Management Division
U.S. Environmental Protection Agency, Region 7
901 North 5th Street
Kansas City, Kansas  66101


To Municipality:

Public Works Director
City of West Burlington
122 Broadway Street
West Burlington, Iowa 52655

# ACKNOWLEDGMENTS

**GRANTOR:**

Burlington Basket Company

By: _[signature]_
Title: _CEO_
Date: _5-03-2010_

State of _Iowa_ )
                 ) ss.
County of _Des Moines_ )

On this _3_ day of _May_, 201_0_, before me personally appeared _Rick Thompson_, who being duly sworn, did say that they are the [name], that [the seal affixed to said instrument is the seal of said [name] or no seal has been procured by said [name]] and that the instrument was signed and sealed on behalf of said [name] by authority of its members and that the said members acknowledge the execution of said instrument to be the voluntary act and deed of said [name] by them voluntarily executed.

_[signature] Tanya S. Hockett_
Notary Public, State of Iowa

**TANYA S. HOCKETT**
Commission Number 737282
My Commission Expires
October 20, 2011

**HOLDER:**

GENERAL ELECTRIC COMPANY

By: _Keith Mooneyhan_
Title: _EHS GM_
Date: _4/30/10_

State of _Indiana_ )
                    ) ss.
County of _Whitley_ )

On this _30_ day of _April_ , 2010, before me personally appeared _Keith Mooneyhan_ , who being duly sworn, did say that they are General Electric Company, that [the seal affixed to said instrument is the seal of said General Electric Company or no seal has been procured by said General Electric Company] and that the instrument was signed and sealed on behalf of said General Electric Company by authority of its Board of Directors and that the said Board acknowledges the execution of said instrument to be the voluntary act and deed of said General Electric Company by it voluntarily executed.

_____
Notary Public, State of _Indiana_

CHRISTINA DAWSON
Whitley County
My Commission Expires
March 15, 2015

IOWA DEPARTMENT OF NATURAL RESOURCES

_7/27_____, 2010

_____
Richard Leopold
Director, Iowa Department of Natural Resources

State of _Iowa___ )
County of _Polk___ ) ss.


On this _37th_ day of _July_____, 2010, before me personally appeared Richard Leopold, known to me to be the Director of the Iowa Department of Natural Resources or the lawful designee of the Director who executed the foregoing instrument, and acknowledge that this person executed the same as his/her/their voluntary act and deed.

_____,
Notary Public, State of Iowa

LISA NISSEN
COMMISSION NO. 721371
MY COMMISSION EXPIRES
3-17-12

10

**AGENCY:**

U.S. ENVIRONMENTAL PROTECTION AGENCY

_7/1_____, 2010          By:    Becky Weber, Director
                                    Air and Waste Management Division

State of _Kansas_____ )
County of _Wyandotte_ ) ss.

On this _1st_ day of _____July_____, 201_0_ before me personally appeared Rebecca Weber, the Director of the Air and Waste Management Division of Region VII of the U.S. Environmental Protection Agency, who being duly sworn, did sign this Environmental Covenant.

_____
Notary Public, State of Kansas

KENT JOHNSON
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. _7/23/11_

11

EXHIBIT A

LEGAL DESCRIPTION OF PROPERTY

EXHIBIT A


LEGAL DESCRIPTION


The West 233.02 feet of the East 848.02 feet of Lot 6
in the Southeast 1/4 of the Southwest 1/4 of Section
26, T70N, R3W of the 5th P.M., City of West Burlington,
Des Moines County, Iowa, as per plat recorded in District
Court Record LMN, Page 37, except the tract conveyed to
the Burlington Northern Railroad; said leased tract
being more particularly described as follows:

Commencing at the South 1/4 Corner of said Section 26;
thence N 88°40' W 615.00' along the Section Line to the
Place of Beginning; Thence continuing N 88° 40' Q 233.02';

Thence N 00°00'30" W 563.16' to a point on the South Right-
of-Way Line of the Burlington Northern Railroad; Thence
S 89°10'30" E 189.02'; Thence N 00°00'30" W 50.00'; Thence
S 89°10'30" E 44.00'; Thence S 00°00'30" E 615.00' to the
Place of Beginning, containing 3.066 acres more or less,
subject to easement for public highway along the South side
thereof and subject to any other easements of record.
(Also known as Building #2)

and

The West 200.00 feet of the East 1048.02 feet of Lot 6 in
the Southeast 1/4 of the Southwest 1/4 of Section 26, T70N,
R3W of the 5th PM, City of West Burlington, Des Moines
County, Iowa, as per plat recorded in District Court Record
LMN, Page 37, except the tract conveyed to the Burlington
Northern Railroad, more particularly described as follows:

Commencing at the South 1/4 Corner of said Section 26;
Thence N 88°40' W 848.02' along the Section Line to the
Place of Beginning; Thence continuing N 88°40' W 200.00';
Thence N 00°00'30" W 561.58' to a point on the South Right-
of-Way Line of the Burlington Northern Railroad; Thence
S 89°10'30" E 200.00'; thence S 00°00'30" E 563.16' to the
Place of Beginning, containing 2.581 acres more or less,
subject to easement for public highway along the South side
thereof and subject to any other easements of record.

NOTE:  The South line of the Southwest 1/4 of Section 26,
T70N, R3W is assumed to bear N 88°40' W.
(Also known as Building #3)

## ATTACHMENT D



SITE PLAN
BURLINGTON BASKET SITE
WEST BURLINGTON, IOWA
PREPARED FOR
GENERAL ELECTRIC COMPANY

LEGEND:
——— FENCE LINE
MANHOLE

**HEC**
Harrington Engineering & Construction, Inc.

| No. | DATE | ISSUE / REVISION | DATE: 02-26-04 | FIGURE 3 | DRAWING NUMBER 99-048-A22 |
|-----|------|------------------|----------------|----------|---------------------------|



# UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

REGION 7
901 NORTH 5TH STREET
KANSAS CITY, KANSAS 66101

September 29, 2010

**VIA ELECTRONIC AND REGULAR MAIL**

Mr. Rick Thompson
Burlington Basket Company
1404 West Mount Pleasant St.
P.O. Box 537
West Burlington, Iowa  52655

Dear Mr. Thompson:

RE:    Burlington Basket Facility, Former General Electric Facility
       West Burlington, Iowa
       EPA ID No. IAD 000678037

      I am forwarding this letter to provide the status of the actions at the above
referenced facility.  The information in this letter is based on the facts as presently
understood by the U.S. Environmental Protection Agency ("EPA").  As you know
numerous actions have occurred at the facility in response to contamination on the
property from the disposal of waste solvents during the 1970's and 1980's when the
facility was used by General Electric ("GE") to manufacture medium voltage switchgear
and switchboard apparatus. In March 2007 a Final Remedy Decision was issued by EPA
which outlined the corrective measures necessary to address contamination at the facility.
The final corrective measures consisted of monitored natural attenuation, surface water
sampling and institutional controls on ground water and property use.

      In September 2009, the EPA signed an Administrative Order on Consent, Docket
No. RCRA-07-2009-0013, ("Order") with GE and Burlington Basket Company to provide
for the completion of the actions required by the Final Remedy Decision.  The Effective
Date of the Order was October 5, 2009.  All that remains is the completion of the actions
required by the Order.  The EPA approved and/or reviewed the plans to complete the
required actions in February 2010, including the Corrective Measures Implementation
Work Plan, the Health and Safety Plan and the Institutional Control Plan.  With the recent
completion of the placement of an environmental covenant on the facility property all of
the actions required to implement the institutional controls are in place.  The remaining
work is continued annual monitoring of the ground water and surface water at the facility.


RECYCLED FIBER

Thompson Letter
September 29, 2010
Page 2

As long as concentrations of the contaminants of concern in the ground water and surface
water decrease below levels of concern no additional work will be required at the facility.
If you have questions or need additional information please contact me at (913) 551-
7578, at the letterhead address or via email at *sanders.steven@epa.gov*.


Sincerely,

Steven L. Sanders
Senior Counsel



Cc:     John M. Loeschen

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Iowa

In re   **Burlington Basket Company**                              Case No. _____

                                          Debtor(s)              Chapter        **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Atlantic Polymers & Colors<br>PO Box 908<br>Rye, NH 03870 | Atlantic Polymers & Colors<br>PO Box 908<br>Rye, NH 03870 | Plastic for bassinets, hampers and extrusions | | 25,645.00 |
| D & W<br>RM. 502 East<br>#9 XIN MAO Bldg<br>86-21-54503291<br>No. 99 TIAN ZHOU Road,<br>Shanghai, China | D & W<br>RM. 502 East<br>#9 XIN MAO Bldg 86-21-54503291<br>Shanghai, China | Imported products | | 218,514.67 |
| Des Moines County Treasurer<br>PO Box 248<br>Burlington, IA 52601 | Des Moines County Treasurer<br>PO Box 248<br>Burlington, IA 52601 | Property taxes | | 79,000.00 |
| Gong Mei, Inc.<br>1512 Potomac Drive<br>Richardson, TX 75081 | Gong Mei, Inc.<br>1512 Potomac Drive<br>Richardson, TX 75081 | Imported products | | 217,033.55 |
| International Paper<br>920 Shaver Road NE<br>Cedar Rapids, IA 52402-4509 | International Paper<br>920 Shaver Road NE<br>Cedar Rapids, IA 52402-4509 | Carton and chipboard supplier | | 49,571.14 |
| Iowa State Bank<br>1403 S. Roosevelt<br>Burlington, IA 52601 | Iowa State Bank<br>1403 S. Roosevelt<br>Burlington, IA 52601 | A/R and inventory | | 89,343.36<br><br>(0.00 secured) |
| Iowa State Bank<br>1403 S. Roosevelt<br>Burlington, IA 52601 | Iowa State Bank<br>1403 S. Roosevelt<br>Burlington, IA 52601 | A/R and inventory | | 505,456.39<br><br>(375,000.00 secured) |
| Locker Greenberg & Brainin LLP<br>420 Fifth Avenue<br>New York, NY 10018 | Locker Greenberg & Brainin LLP<br>420 Fifth Avenue<br>New York, NY 10018 | CPSC lawyer | | 10,934.00 |
| Loeschen Law Firm<br>22 Luck Avenue<br>Roanoke, VA 24011 | Loeschen Law Firm<br>22 Luck Avenue<br>Roanoke, VA 24011 | Attorneys fees on Newberry case | | 24,262.50 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Burlington Basket Company**                                          Case No. _____
                               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Lone Star Chemical Cash Management Dept c/o North Dallas Bank PO Box 670774 Dallas, TX 75367-0774** | **Lone Star Chemical Cash Management Dept c/o North Dallas Bank PO Box 670774 Dallas, TX 75367-0774** | **Plastic supplier** | | **37,010.57** |
| **M. Holland Company 400 Skokie Blvd. Suite 600 Northbrook, IL 60062** | **M. Holland Company 400 Skokie Blvd. Suite 600 Northbrook, IL 60062** | **Plastic for bassinets, plastic for hampers, extrusions** | | **54,686.10** |
| **Mike Augustine PO Box 359 Morrisville, PA 19067** | **Mike Augustine PO Box 359 Morrisville, PA 19067** | **Sales representative** | | **10,518.98** |
| **Poly-V Inc. 16 Ridgeview Road Topsfield, MA 01983** | **Poly-V Inc. 16 Ridgeview Road Topsfield, MA 01983** | **Plastic** | | **23,790.00** |
| **Slate from Chase PO Box 15298 Wilmington, DE 19850-5298** | **Slate from Chase PO Box 15298 Wilmington, DE 19850-5298** | | | **14,158.33** |
| **Ultra Poly Corp PO Box 908 Portland, PA 18351-0330** | **Ultra Poly Corp PO Box 908 Portland, PA 18351-0330** | **Plastic** | | **26,754.20** |
| **United Mileage Plus Visa PO Box 15298 Wilmington, DE 19850-5298** | **United Mileage Plus Visa PO Box 15298 Wilmington, DE 19850-5298** | | | **34,804.93** |
| **UPS/UPS SCS Chicago 28013 Network Place Chicago, IL 60673-1280** | **UPS/UPS SCS Chicago 28013 Network Place Chicago, IL 60673-1280** | **Import freight bills** | | **95,497.57** |
| **WGL PO Box 513064 Philadelphia, PA 19175-3064** | **WGL PO Box 513064 Philadelphia, PA 19175-3064** | **Freight forwarder** | | **9,144.14** |
| **Wilford Stone Lynch Dallas, P.C. 526 Second Avenue SE PO Box 2457 Cedar Rapids, IA 52406-2457** | **Wilford Stone Lynch Dallas, P.C. 526 Second Avenue SE Cedar Rapids, IA 52406-2457** | **Attorneys fees re: Newberry case** | | **221,673.97** |
| **World Commerce Services, LLC 920 E. Algonquin Road Suite 120 Schaumburg, IL 60173** | **World Commerce Services, LLC 920 E. Algonquin Road Suite 120 Schaumburg, IL 60173** | **Import freight company** | | **16,320.44** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Burlington Basket Company**                                                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 25, 2011**                                 Signature  **/s/ Rick L. Thompson**

**Rick L. Thompson**

**CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Iowa

In re   **Burlington Basket Company**

Debtor

Case No. _____

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,055,700.00 | | |
| B - Personal Property | Yes | 4 | 987,705.59 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,255,208.85 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 79,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 1,236,313.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 2,043,405.59 | | |
| Total Liabilities | | | | 2,570,522.37 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court

## Southern District of Iowa

In re    **Burlington Basket Company**                                    ,    Case No. _____

Debtor

Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  **Burlington Basket Company**                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **(1)  1418 W. Mt. Pleasant Street, West Burlington, IA**<br>**Legal Description: W PT Lot 6 SE SW, Net Acres 1.74**<br>**Value: $582,400.00** | | - | 1,055,700.00 | 660,409.10 |
| **(2)  In between 1418 and 1404 addresses, West Burlington, Iowa**<br>**Legal description: FE E PT of W PT LOT 6 in SE SW, Net Acres .48**<br>**Value $19,200.00** | | | | |
| **(3)  1404 W. Mt. Pleasant Street, West Burlington, Iowa**<br>**FR E PT W PT LOT 6, FR W PT LOT 6 SE SW, Net Acres 3.08**<br>**Value: $454,100.00** | | | | |

|  | Sub-Total > | 1,055,700.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 1,055,700.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Burlington Basket Company**
_____ ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | - | **500.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Farmers & Merchants Bank & Trust, account number ending 5671** | - | **33,478.57** |
| | | **Payroll account at Farmers & Merchants Bank & Trust, account number ending 5663** | - | **1,057.52** |
| | | **Account at Iowa State Bank, account number ending 9710** | - | **0.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Several pictures and paintings** | - | **200.00** |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Premiums paid so far for 2011 policies - $17,211.22** | - | **0.00** |
| | | **Commercial General Liability, Umbrella, Crime and Fidelity and Business Auto coverage with A.W. Welt Ambrisco Insurance, Inc.** | - | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **35,236.09** |
|---|---|---|
|  | (Total of this page) | |

__3__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Burlington Basket Company** _____ ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Alco stock - officers all have 15 shares of common stock with a value of $11.11/stock.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable** | - | 175,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **Life insurance proceeds** | - | 250,000.00 |

Sub-Total >   425,000.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Burlington Basket Company**                                   ,   Case No. _____
                                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **4 Keyman policies on Rick, Dave, Jason Thompson and C.H. thompson, Jr.**<br><br>**Rick L. Thompson, David H. Thompson and Jason C. Thompson**<br>**$200,000 to Burlington Basket Company**<br>**$50,000 to family**<br><br>**C.H. Thompson**<br>**$250,000 to Burlington Basket Company**<br><br>**Premiums paid so far for 2011 policies - $17,211.22**<br><br>**Rick Thompson's Keyman policy is through American Life Insurance CO.**<br>**David Thompson's Keyman policy is through Mutual of Omaha Companies.**<br>**Jason Thompson's Keyman policy is through First Penn-Pacific Life Insurance Co.**<br>**Also various benefit packages for employees include personal life insurance.** | - | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Lawsuit with DuraFibre** | - | 7,469.50 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Sales tax State of Iowa** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **In Counsel's file, proprietary information, privileged.** | - | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **3 storage trailers, not road licensed**<br>**VIN #'s**<br>**Trailer 1: 1JJV482UXKL132166**<br>**Trailer 2: 1PTO2DAHOH9005079**<br>**Trailer 3: 1PT02DAHXH9005106** | - | 3,000.00 |

Sub-Total >         **10,469.50**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Burlington Basket Company**                   ,      Case No. _____

                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Semi tractor, not licensed for road.** **VIN: 1HSLRUXN8H532781** | **-** | **3,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computers, copiers, fax machine, chairs, desks, calculators, supplies** | **-** | **5,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Equipment** | **-** | **309,000.00** |
| 30. Inventory. | | **Inventory** | **-** | **200,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **517,000.00** |
| (Total of this page) | |
| Total > | **987,705.59** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Burlington Basket Company**                                     ,      Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Farmers & Merchants Bank & Trust**<br>**221 Jefferson Street**<br>**Burlington, IA 52601** | X | - | **Mortgage**<br>**(1)  1418 W. Mt. Pleasant Street, West Burlington, IA**<br>**Legal Description: W PT Lot 6 SE SW, Net Acres 1.74**<br>**Value: $582,400.00**<br>**(2)  In between 1418 and 1404 addresses, West Burlington, Iowa** | | | | | |
| | | | Value $                1,055,700.00 | | | | 660,409.10 | 0.00 |
| Account No.<br><br>**Iowa State Bank**<br>**1403 S. Roosevelt**<br>**Burlington, IA 52601** | X | - | **Loan**<br><br>**A/R and inventory** | | | | | |
| | | | Value $                375,000.00 | | | | 505,456.39 | 130,456.39 |
| Account No.<br><br>**Iowa State Bank**<br>**1403 S. Roosevelt**<br>**Burlington, IA 52601** | X | - | **Loan**<br><br>**A/R and inventory** | | | | | |
| | | | Value $                0.00 | | | | 89,343.36 | 89,343.36 |
| Account No.<br><br>**Small Business Administration**<br>**210 Walnut Street #749**<br>**Des Moines, IA 50309-2186** | | - | **Notice only** | | | | | |
| | | | Value $                0.00 | | | | 0.00 | 0.00 |

__0__ continuation sheets attached

|  | Subtotal<br>(Total of this page) | 1,255,208.85 | 219,799.75 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 1,255,208.85 | 219,799.75 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                 Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re    **Burlington Basket Company**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Burlington Basket Company**                                    , Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Property taxes** | | | | | | |
| **Des Moines County Treasurer PO Box 248 Burlington, IA 52601** | - | | | | | | 79,000.00 | | 0.00 |
| | | | | | | | | | 79,000.00 |
| Account No. | | | | | | | | | |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | - | | | | | | 0.00 | | 0.00 |
| | | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **Iowa Department of Revenue Bankruptcy PO Box 10471 Des Moines, IA 50306-0471** | - | | | | | | 0.00 | | 0.00 |
| | | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | | 79,000.00 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 79,000.00 |

Subtotal (Total of this page): 79,000.00 | 79,000.00
Total (Report on Summary of Schedules): 79,000.00 | 79,000.00

B6F (Official Form 6F) (12/07)

In re   **Burlington Basket Company**                                    ,   Case No. _____
                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ABC Fire Extinguisher**<br>**112 Broadway Street Suite #2**<br>**West Burlington, IA 52655** | | - | Fire extinguisher maintenance | | | | 258.73 |
| Account No. <br><br>**Access Energy**<br>**PO Box 440**<br>**Mount Pleasant, IA 52641** | | - | Propane for forklift | | | | 160.65 |
| Account No. <br><br>**ACW Manufacturing Inc.**<br>**506 Elm**<br>**De Soto, IA 50069** | | - | Shop towels for maintenance | | | | 56.00 |
| Account No.  **BUBA** <br><br>**Adams Plastic**<br>**501 N. Holman Avenue**<br>**Chicago, IL 60624-1413** | | - | White vinyl for bassinets and hampers | | | | 6,438.75 |

___17___  continuation sheets attached

Subtotal
(Total of this page)        6,914.13

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    S/N:21332-110629   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Burlington Basket Company_____,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **BW726** | | | | Propane for forklifts | | | | |
| Airgas North Central 105 West Agency West Burlington, IA 52655 | | - | | | | | | 18.59 |
| Account No. | | | | Plastic for bassinets, hampers and extrusions | | | | |
| Atlantic Polymers & Colors PO Box 908 Rye, NH 03870 | | - | | | | | | 25,645.00 |
| Account No. | | | | Paper for fiber | | | | |
| Buffalo Weaver, Inc. 400 Ansborough Avenue Waterloo, IA 50701 | | - | | | | | | 6,886.66 |
| Account No. | | | | Personal loan | | | | |
| C.H. Thompson Jr. c/o David H. Thompson, conservator, guardian 12085 Sylvan Heights Burlington, IA 52601 | | - | | | | | | 5,000.00 |
| Account No. **4845** | | | | | | | | |
| Citibusiness Plaintum Select Card PO Box 688901 Des Moines, IA 50368-8901 | | - | | | | | | 8,270.68 |

Sheet no. __1___ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     45,820.93

B6F (Official Form 6F) (12/07) - Cont.

In re   **Burlington Basket Company**                                    ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**City of West Burlington**<br>**122 Broadway Street**<br>**West Burlington, IA 52655** | | - | | Water bill | | | | 813.08 |
| Account No. **5396**<br><br>**Clark Foam Products Corp.**<br>**655 Remington Blvd.**<br>**Bolingbrook, IL 60440** | | - | | Foam for pads in bassinets | | | | 3,551.74 |
| Account No. **7950**<br><br>**Colors for Plastics, Inc.**<br>**2245 Pratt Blvd**<br>**Elk Grove Village, IL 60007** | | - | | Plastic Colorant | | | | 2,445.13 |
| Account No.<br><br>**Commerce Technologies Inc.**<br>**255 Fuller Road**<br>**Albany, NY 12203** | | - | | | | | | 374.55 |
| Account No.<br><br>**Consumer Products Safety Commission**<br>**4330 East West Highway**<br>**Bethesda, MD 20814** | | - | | Notice only | | | | 0.00 |

Sheet no. __2__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   7,184.50

B6F (Official Form 6F) (12/07) - Cont.

In re __Burlington Basket Company__ _____,  Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Coppes Pest Management Inc.<br>PO Box 763<br>Burlington, IA 52601 | - | | Sprays for roaches | | | | 114.04 |
| Account No.<br><br>Craftsman Press<br>203 N. Third Street<br>Burlington, IA 52601 | - | | June 2011<br>Instructions sheets | | | | 1,084.00 |
| Account No.<br><br>D & W<br>RM. 502 East<br>#9 XIN MAO Bldg 86-21-54503291<br>No. 99 TIAN ZHOU Road,<br>Shanghai, China | - | | Imported products | | | | 218,514.67 |
| Account No.<br><br>Day Rettig Peifer, P.C.<br>PO Box 2877<br>Cedar Rapids, IA 52406-2877 | - | | Attorneys fees | | | | 2,549.67 |
| Account No. **0012**<br><br>Delta Dental of Iowa<br>PO Box 5044<br>Des Moines, IA 50305-5044 | - | | Dental insurance | | | | 541.59 |

Sheet no. __3___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

222,803.97

B6F (Official Form 6F) (12/07) - Cont.

In re   **Burlington Basket Company**                                              ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **B850** | | | | | Rivets for bassinet hood | | | | |
| Detroit Tubular Rivet, Inc. Crestmark Detroit Tubular Rivet Inc Drawer # 1525 PO Box 5935 Troy, MI 48007-5935 | - | | | | | | | | 306.72 |
| Account No. **0080** | | | | | Paint for willow baskets | | | | |
| Diamond Vogel Paint 1506 Bluff Road Burlington, IA 52601 | - | | | | | | | | 2,530.87 |
| Account No. | | | | | Notice only | | | | |
| Diane Thompson 21178 Conner Avenue #12 Burlington, IA 52601 | - | | | | | | | | 0.00 |
| Account No. | | | | | Hot melt glue for baskets | | | | |
| Diversified Packaging Corp 2101 Innerbelt Business Center Saint Louis, MO 63114 | - | | | | | | | | 360.99 |
| Account No. **0359** | | | | | Forms for JC Penney sales orders | | | | |
| Docuforms, Inc. PO Box 2707 Davenport, IA 52809 | - | | | | | | | | 2,279.96 |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **5,478.54**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Burlington Basket Company**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Doran & Ward Company**<br>**PO Box 550**<br>**West Burlington, IA 52655** | | - | Warning stickers for recall | | | | 1,170.00 |
| Account No. **026**<br><br>**Drake Hardware & Software**<br>**211 North 5th Street, Suite 100**<br>**Burlington, IA 52601** | | - | EX-I.T. Company - upgrade | | | | 7,423.37 |
| Account No.<br><br>**Dura-Fibre**<br>**PO Box 684084**<br>**Milwaukee, WI 53268-4084** | | - | Chipboard | | | | 7,837.72 |
| Account No. **2000**<br><br>**E.R. Wagner Mfg. Co.**<br>**8822 W. 47th Street**<br>**Brookfield, IL 60513** | | - | Hinges for hampers | | | | 3,336.00 |
| Account No.<br><br>**Eagle Tool Company**<br>**400 6th Avenue NW**<br>**Dyersville, IA 52040-0146** | | - | Worked on dye molds for bassinets | | | | 1,890.00 |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,657.09

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Burlington Basket Company**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ebert Supply Co.**<br>**Industrial-Janitorial Equipment**<br>**317 N. 6th Street**<br>**Burlington, IA 52601** | - | | Office cleaning supplies, trash bags, etc. | | | | 54.50 |
| Account No.<br><br>**Estes Express Lines**<br>**PO Box 25612**<br>**Richmond, VA 23260-5612** | - | | Domestic freight | | | | 1,622.55 |
| Account No.<br><br>**Fastenal Company**<br>**1301 Broadway Street**<br>**West Burlington, IA 52655** | - | | Bolts, screws for bassinets, pallet wrap | | | | 3,179.05 |
| Account No. **4784**<br><br>**FedEx**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** | - | | Freight grant and air services | | | | 1,711.38 |
| Account No.<br><br>**Fidlar**<br>**1515 E. Kimberly Road**<br>**Davenport, IA 52808** | - | | Printing of instruction sheets for bassinet | | | | 2,061.24 |

Sheet no. __6___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    8,628.72

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Burlington Basket Company**                                    ,        Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Flexo Impressions, Inc.**<br>**2060 West 98th Street**<br>**Minneapolis, MN 55431** | - | | | **Labels for shipping** | | | | 352.12 |
| Account No.<br><br>**Gong Mei, Inc.**<br>**1512 Potomac Drive**<br>**Richardson, TX 75081** | - | | | **Imported products** | | | | 217,033.55 |
| Account No. **2062**<br><br>**Grainger**<br>**11200 E. 210 Hwy**<br>**Kansas City, MO 64161-9370** | - | | | **Equipment repair part** | | | | 38.08 |
| Account No.<br><br>**GS Net Results/Gary Stromberg**<br>**c/o Estates Administrator**<br>**Kristin Stromberh Garza**<br>**12523 Concho Drive**<br>**Frisco, TX 75034** | - | | | **Sales representative (recently passed away)** | | | | 3,433.73 |
| Account No.<br><br>**H.E. Wisdom & Sons, Inc.**<br>**1575 Executive Drive**<br>**Elgin, IL 60123** | - | | | **Sizing for fiber** | | | | 5,985.63 |

Sheet no. __7___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

226,843.11

B6F (Official Form 6F) (12/07) - Cont.

In re   **Burlington Basket Company**                                    ,   Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | May 2011 | | | | |
| Heritage Crystal Clean 13621 Collections Center Drive Chicago, IL 60693 | - | | | | | | | 514.66 |
| Account No. **5617** | | | | Carton and chipboard supplier | | | | |
| International Paper 920 Shaver Road NE Cedar Rapids, IA 52402-4509 | - | | | | | | | 49,571.14 |
| Account No. | | | | Thread/yarn for fiber | | | | |
| Komar Apparel Supply 1200 Arther Avenue Elk Grove Village, IL 60007 | - | | | | | | | 4,664.06 |
| Account No. | | | | Sales representive | | | | |
| L.T. Thompson Sales 7116 Glenross Road Saint Paul, MN 55125 | - | | | | | | | 8,763.15 |
| Account No. **0458** | | | | Dumpster pickups | | | | |
| Laveine Sanitation Service 1022 North Gear West Burlington, IA 52655-1041 | - | | | | | | | 1,078.51 |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **64,591.52**

B6F (Official Form 6F) (12/07) - Cont.

In re __Burlington Basket Company_____,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | CPSC lawyer | | | | |
| Locker Greenberg & Brainin LLP 420 Fifth Avenue New York, NY 10018 | | - | | | | | | 10,934.00 |
| Account No. | | | | Attorneys fees on Newberry case | | | | |
| Loeschen Law Firm 22 Luck Avenue Roanoke, VA 24011 | | - | | | | | | 24,262.50 |
| Account No. | | | | Plastic supplier | | | | |
| Lone Star Chemical Cash Management Dept c/o North Dallas Bank PO Box 670774 Dallas, TX 75367-0774 | | - | | | | | | 37,010.57 |
| Account No. | | | | Plastic for bassinets, plastic for hampers, extrusions | | | | |
| M. Holland Company 400 Skokie Blvd. Suite 600 Northbrook, IL 60062 | | - | | | | | | 54,686.10 |
| Account No. | | | | Hamper screws | | | | |
| Mae Special Ties Industries 1930 E. Devon Avenue Elk Grove Village, IL 60007 | | - | | | | | | 1,970.00 |

Sheet no. __9___ of __17___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

128,863.17

B6F (Official Form 6F) (12/07) - Cont.

In re __Burlington Basket Company_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. **BURLIWES-IA** | | | | Colorant for plastic | | | | |
| Maroon Inc. 1390 Jaycox Road Avon, OH 44011 | | - | | | | | | 1,867.12 |
| Account No. | | | | June 2011 Supplies | | | | |
| McMaster Carr Supply Co. PO Box 7690 Chicago, IL 60680 | | - | | | | | | 52.49 |
| Account No. **62211** | | | | June 2011 Internet | | | | |
| Mediacom PO Box 5744 Carol Stream, IL 60197-5744 | | - | | | | | | 234.58 |
| Account No. | | | | June 2011 | | | | |
| Metlife Small Business Center PO Box 804466 Kansas City, MO 64180 | | - | | | | | | 586.54 |
| Account No. **5524** | | | | Bubble wrap for packing | | | | |
| Midland Paper 1140 Paysphere Circle Chicago, IL 60674 | | - | | | | | | 344.41 |

Sheet no. __10__ of __17__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                           (Total of this page)     | 3,085.14 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Burlington Basket Company_____,    Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Sales representative | | | | |
| Mike Augustine PO Box 359 Morrisville, PA 19067 | | - | | | | | | 10,518.98 |
| Account No. | | | | Cartons for products | | | | |
| Miller Container Corp. PO Box 1130 Milan, IL 61264 | | - | | | | | | 8,586.25 |
| Account No. | | | | May - July 2011 Supplies/parts | | | | |
| MSC Industrial Supple Co Dept. CH 0075 Palatine, IL 60055-0075 | | - | | | | | | 1,643.05 |
| Account No. | | | | | | | | |
| Nalco 605 E. Main Mount Orab, OH 45154 | | - | | | | | | 1,480.00 |
| Account No. | | | | Bag, boxes, supplies | | | | |
| Packaging Inc. 6775 Shady Oak Road Eden Prairie, MN 55344 | | - | | | | | | 978.40 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,206.68

B6F (Official Form 6F) (12/07) - Cont.

In re   **Burlington Basket Company**                                                , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4102**<br><br>**Per Mar Security<br>PO Box 1101<br>Davenport, IA 52805-1101** | - | | Fire alarms | | | | 362.86 |
| Account No.<br><br>**Pitney Bowes Purchase Power<br>PO Box 856042<br>Louisville, KY 40285** | - | | July 2011<br>Postage | | | | 331.22 |
| Account No. **8721, 8734**<br><br>**Plastic Process Equipment<br>8303 Corporate Park Drive<br>Macedonia, OH 44056** | - | | | | | | 56.95 |
| Account No.<br><br>**Poly-V Inc.<br>16 Ridgeview Road<br>Topsfield, MA 01983** | - | | Plastic | | | | 23,790.00 |
| Account No. **13771**<br><br>**Praxair Distribution Inc.<br>2710 West Mt. Pleasant Street<br>West Burlington, IA 52655** | - | | Industrial actylene and industrial high press 100CF | | | | 390.96 |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,931.99

B6F (Official Form 6F) (12/07) - Cont.

In re    **Burlington Basket Company** _____ ,    Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **8519** | | | | Office supplies and factory supplies | | | | |
| **Quill Corporation** **PO Box 37600** **Philadelphia, PA 19101-0600** | | - | | | | | | 302.76 |
| Account No. **4074** | | | | Phone | | | | |
| **Qwest Business Services** **PO Box 52187** **Phoenix, AZ 85072-2187** | | - | | | | | | 549.34 |
| Account No. | | | | Gas for yard tractor | | | | |
| **Rainbo Oil Co.** **911 Osborn Street** **Burlington, IA 52601** | | - | | | | | | 98.73 |
| Account No. | | | | Mows grass, plows snow | | | | |
| **RMS** **RR1 Bos 77A** **Lomax, IL 61454** | | - | | | | | | 2,540.00 |
| Account No. | | | | Sales representative | | | | |
| **Ronald B. Barnett** **3448 Tothill Drive** **Troy, MI 48084** | | - | | | | | | 548.58 |

Sheet no. __**13**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **4,039.41**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Burlington Basket Company**                                    ,    Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sage Software <br> Corporate Office <br> 6561 Irvine Center Drive <br> Irvine, CA 92618-2031** | - | | | Technical support accounting system | | | | 4,203.83 |
| Account No. **4637** <br><br> **Slate from Chase <br> PO Box 15298 <br> Wilmington, DE 19850-5298** | - | | | | | | | 14,158.33 |
| Account No. **5849** <br><br> **Staples Business Advantage <br> Dept. DET <br> PO Box 83689 <br> Chicago, IL 60696-3689** | - | | | Office supplies, paper, etc. | | | | 1,274.18 |
| Account No. **4420** <br><br> **Sterling Commerce <br> PO Box 73199 <br> Chicago, IL 60673** | - | | | EDI orders, ASN invoices | | | | 6,320.70 |
| Account No. <br><br> **SWK Technologies, Inc. <br> 5 Regent Street, Suite 520 <br> Livingston, NJ 07039** | - | | | Techinical support for EDI | | | | 637.50 |

Sheet no. __14__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

              Subtotal
(Total of this page)       **26,594.54**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Burlington Basket Company**                                          ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Toys R Us** <br>**One Geoffrey Way** <br>**Wayne, NJ 07470** | - | | | **May 2011** <br>**Chargebacks after business ended with them** | | | | 2,496.86 |
| Account No. <br><br>**Traffix** <br>**375 Wheelabrotor Way Unit 1** <br>**Milton, ON, L9T 3C1** | - | | | **Domestic freight** | | | | 422.50 |
| Account No. **4763** <br><br>**Uline** <br>**2200 S. Lakeside Drive** <br>**Waukegan, IL 60085** | - | | | **Shipping labels, crib sheet mailers, poly bags** | | | | 366.03 |
| Account No. <br><br>**Ultra Poly Corp** <br>**PO Box 908** <br>**Portland, PA 18351-0330** | - | | | **Plastic** | | | | 26,754.20 |
| Account No. **4423** <br><br>**United Mileage Plus Visa** <br>**PO Box 15298** <br>**Wilmington, DE 19850-5298** | - | | | | | | | 34,804.93 |

Sheet no. __**15**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

64,844.52

B6F (Official Form 6F) (12/07) - Cont.

In re    **Burlington Basket Company**                                    , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **0402**<br><br>**UPS**<br>**PO Box 650580**<br>**Dallas, TX 75265-0580** | | - | | **UPS ground** | | | | 917.21 |
| Account No.<br><br>**UPS/UPS SCS Chicago**<br>**28013 Network Place**<br>**Chicago, IL 60673-1280** | | - | | **Import freight bills** | | | | 95,497.57 |
| Account No.<br><br>**Wade Manufacturing Co**<br>**PO Box 32**<br>**Wadesboro, NC 28170** | | - | | **Nat. cotton yarn for fiber** | | | | 543.40 |
| Account No.<br><br>**Wellmark Blue Cross**<br>**PO Box 10353**<br>**Des Moines, IA 50306-0353** | | - | | **July 2011**<br>**Retiree insurance paid by retirees** | | | | 743.20 |
| Account No.<br><br>**WGL**<br>**PO Box 513064**<br>**Philadelphia, PA 19175-3064** | | - | | **Freight forwarder** | | | | 9,144.14 |

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     106,845.52

B6F (Official Form 6F) (12/07) - Cont.

In re  **Burlington Basket Company**                                              ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Wilford Stone** <br> **Lynch Dallas, P.C.** <br> **526 Second Avenue SE** <br> **PO Box 2457** <br> **Cedar Rapids, IA 52406-2457** | - | | **Attorneys fees re: Newberry case** | | | | **221,673.97** |
| Account No. **0839** <br><br> **Wisdom Adhesives** <br> **1575 Executive Drive** <br> **Elgin, IL 60123** | - | | | | | | **5,985.63** |
| Account No. **BURBASORD** <br><br> **World Commerce Services, LLC** <br> **920 E. Algonquin Road Suite 120** <br> **Schaumburg, IL 60173** | - | | **Import freight company** | | | | **16,320.44** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | **243,980.04** |
|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | **1,236,313.52** |

B6G (Official Form 6G) (12/07)

.

In re   **Burlington Basket Company**                                    ,   Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **A.W. Welt Ambrisco Insurance Co.**<br>**24 Westside Drive**<br>**Iowa City, IA 52246** | **Insurance for fire, property, liability and umbrella policy** |
| **ABC Fire Extinguisher Inc.**<br>**112 Broadway Street**<br>**West Burlington, IA 52655** | **Annual fire extinguisher checks** |
| **Day Rettig Peifer, P.C.**<br>**PO Box 2877**<br>**Cedar Rapids, IA 52406-2877** | **Paid retainer of $10,000.00 no contract was signed** |
| **Delta Dental**<br>**9000 Northpark Drive**<br>**Johnston, IA 50131** | **Employee dental program**<br>**Renews September 2011** |
| **Diana Thompson**<br>**21178 Conner Avenue #12**<br>**Burlington, IA 52601** | **(Stockholder) Agreement to allow her to sell share of stock to company.** |
| **Equity Partners, Inc.**<br>**101 N. West Street**<br>**Easton, MD 21601** | **Contract to sell the company.**<br>**No specific termination date** |
| **Fedex**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** | **Small package shipments** |
| **Jason Thompson**<br>**2804 Herblo Street**<br>**Burlington, IA 52601** | **Contract to buy all of his stock** |
| **Lamont Ltd.**<br>**1530 Bluff Road**<br>**Burlington, IA 52601-4758** | **Non-disclosure agreement**<br>**Expires 1/31/2012** |
| **Lofware, Inc.**<br>**166 Corporate Drive**<br>**Portsmouth, NH 03801** | **Software system for pull convert order into our system from retails.**<br>**Renews annually - 7/31/11.** |
| **Mediacom**<br>**1005 N. Frederick Street**<br>**Oelwein, IA 50662-1018** | **Supplies our cable for internet** |
| **Meridian Capital**<br>**2025 First Avenue, Suite 1170**<br>**Seattle, WA 98121** | **Hired to find a buyer for the company.** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Burlington Basket Company**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Met Life Small Business Center**<br>**PO Box 804466**<br>**Kansas City, MO 64180-4466** | **Employee life insurance**<br>**Renews September 2011** |
| **Per Mar Security**<br>**PO Box 1101**<br>**Davenport, IA 52805-1101** | **Monitors our fire alarms** |
| **Pitney Bowes Global Financial Services**<br>**PO Box 371887**<br>**Pittsburgh, PA 15250-7887** | **Postage machine lease** |
| **Principal Financial Group**<br>**711 High Street**<br>**Des Moines, IA 50392-0001** | **Employee health insurance program.**<br>**Renew September 2011** |
| **Principal Financial Group**<br>**711 High Street**<br>**Des Moines, IA 50392-0001** | **Manages 401(k)** |
| **Sage Software, Inc.**<br>**PO Box 849887**<br>**Dallas, TX 75284-9887** | **Software company for our computer systems**<br>**Renews annually - 7/31/11** |
| **SPS Commerce**<br>**333 South 7th Street, Suite 1000**<br>**Minneapolis, MN 55402** | **Computer software required for Fingerhut**<br>**Renews in September 2011** |
| **Sterling Commerce**<br>**4600 Lakehurst Court**<br>**PO Box 8000**<br>**Dublin, OH 43016-2000** | **Software company for our computer for EDI Van.**<br>**Automatically renews for one year October 1, 2011.** |
| **UPS**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | **Small package shipments** |
| **UPS Supply Chain Solutions**<br>**490 Supreme Drive**<br>**Bensenville, IL 60106** | **Handles our containers coming from China** |
| **US Post Office**<br>**West Burlington MPO**<br>**West Burlington, IA 52655-9998** | **Registration permits for bassinets**<br>**Permit #7000** |
| **WLG USA, LLC**<br>**920 E. Algonquin Road**<br>**Suite 120**<br>**Schaumburg, IL 60173** | **WLG - freight forward - brings in shipments from China.**<br>**No specific termination date.** |
| **Xerox Corporation**<br>**PO Box 1000/MS 7060-275**<br>**Wilsonville, OR 97070-1000** | **Internet set up for free printer** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re  **Burlington Basket Company** _____, Case No. _____

_____ Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **C.H. Thompson Jr.**<br>**2910 Madison Avenue**<br>**Rm 313**<br>**Burlington, IA 52601** | **Farmers & Merchants Bank & Trust**<br>**221 Jefferson Street**<br>**Burlington, IA 52601** |
| **David Thompson**<br>**12085 Sylvan Heights**<br>**Burlington, IA 52601** | **Farmers & Merchants Bank & Trust**<br>**221 Jefferson Street**<br>**Burlington, IA 52601** |
| **David Thompson**<br>**12085 Sylvan Heights**<br>**Burlington, IA 52601** | **Iowa State Bank**<br>**1403 S. Roosevelt**<br>**Burlington, IA 52601** |
| **David Thompson**<br>**12085 Sylvan Heights**<br>**Burlington, IA 52601** | **Iowa State Bank**<br>**1403 S. Roosevelt**<br>**Burlington, IA 52601** |
| **Diane Thompson**<br>**21178 Conner Avenue #12**<br>**Burlington, IA 52601** | **Iowa State Bank**<br>**1403 S. Roosevelt**<br>**Burlington, IA 52601** |
| **Kathleen Thompson**<br>**8480 Maurer Road**<br>**Apt #1034**<br>**Lenexa, KS 66219** | **Iowa State Bank**<br>**1403 S. Roosevelt**<br>**Burlington, IA 52601** |
| **Kathleen Thompson**<br>**8480 Maurer Road**<br>**Apt #1034**<br>**Lenexa, KS 66219** | **Iowa State Bank**<br>**1403 S. Roosevelt**<br>**Burlington, IA 52601** |
| **Rick Thompson**<br>**4918 West Avenue Road**<br>**Burlington, IA 52601** | **Farmers & Merchants Bank & Trust**<br>**221 Jefferson Street**<br>**Burlington, IA 52601** |
| **Rick Thompson**<br>**4918 West Avenue Road**<br>**Burlington, IA 52601** | **Iowa State Bank**<br>**1403 S. Roosevelt**<br>**Burlington, IA 52601** |
| **Rick Thompson**<br>**4918 West Avenue Road**<br>**Burlington, IA 52601** | **Iowa State Bank**<br>**1403 S. Roosevelt**<br>**Burlington, IA 52601** |

**0**
____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Iowa

In re **Burlington Basket Company** _____     Case No. _____

_____ Debtor(s)      Chapter   **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**31**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 25, 2011**_____     Signature  **/s/ Rick L. Thompson**_____
                                                     **Rick L. Thompson**
                                                   **CEO**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Iowa

In re    **Burlington Basket Company**    Case No.

Debtor(s)    Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **December 1, 2010 through July 9, 2011** **Operation of business** **-$402,581.88** |
| **$0.00** | **2010 - Operation of business** **-$530,471.98** |
| **$169,469.04** | **2009 - Operation of business** |

---

**2. Income other than from employment or operation of business**

None
■
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

---

**3. Payments to creditors**

None
■
*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments to either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐
b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Iowa Workforce Development 1000 E. Grand Avenue Des Moines, IA 50319-0209 | May 3, 2011 | $10,408.49 | $0.00 |
| The Penn Mutual Life Ins. Co. PO Box 7460 Philadelphia, PA 19101-7460 | April 15, 2011 | $7,698.29 | $13,095.00 |
| Principal Life Group PO Box 14513 Des Moines, IA 50306 | April 29, 2011, June 10, 2011, June 27, 2011, July 2011 | $27,015.64 | $0.00 |
| Gong Mei, Inc. 1512 Potomac Drive Richardson, TX 75081 | April 29, 2011, May 12, 2011 | $20,000.00 | $213,275.93 |
| Equity Partners, Inc. 101 N. West Street Easton, MD 21601 | May 3, 2011 | $10,000.00 | $0.00 |
| Alliant Energy PO Box 3066 Cedar Rapids, IA 52406 | May 12, 2011, June 10, 2011, July 7, 2011 | $29,442.92 | $0.00 |
| Fedex PO Box 94515 Palatine, IL 60094 | May 12, 2011 | $12,951.66 | $0.00 |
| World Commerce Services, LLC 920 E. Algonquin Road Suite 120 Schaumburg, IL 60173 | May 12, 2011 | $10,772.66 | $19,658.71 |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Burrows Paper Corp.**<br>**13434 Collections Center Drive**<br>**Chicago, IL 60693** | **June 22, 2011** | **$9,642.60** | **$0.00** |
| **A.W. Welt Ambrisco**<br>**24 Westside Drive**<br>**Iowa City, IA 52246** | **June 2010** | **$4,511.00** | **$0.00** |
| **Farmers & Merchants Bank & Trust**<br>**221 Jefferson Street**<br>**Burlington, IA 52601** | **July 2011** | **$16,996.77** | **$0.00** |

None
☐　　c.　*All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See paragraph 23** | | **$0.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐　　a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Pamela S. Newberry, Plaintiff**<br>**v.**<br>**Burlington Basket Company, Defendant**<br>**Case No. 3:08-cv-00017** | **Writ of Certiorari** | **U.S. Supreme Court** | **Denied March 21, 2011** |
| **Dura-Fibre, LLC, a Wisconsin LLC, Plaintiff**<br>**v.**<br>**Burlington Basket Company, Defendant**<br>**Case No. LALA 003847** | **Collection for no payment on invoices** | **Iowa District Court in and for Des Moines, County** | **Interrogatories due 7/26/11, trial date set for 1/24/12** |
| **Pam Newberry, Plaintiff**<br>**v.**<br>**Burlington Basket Company, Defendant**<br>**Case No. 3:08-cv-00017** | **Appeal of lower Federal Court** | **U.S. Court of Appeal for the Eighth Circuit** | **Upheld lower court decision 9/10/10** |
| **Burlington Basket Company, Plaintiff**<br>**v.**<br>**General Electric Corporation, Defendant**<br>**Case No. 3:08-cv-119-HDV-Raw** | **civil suit for back rent** | **U.S. District Court, Southern District of Iowa, Davenport Division** | **Summary judgment granted for GE 3/4/11** |

None
■　　b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

**None**
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

**None**
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**None**
☐

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **See paragraph 10** | | | |

### 7. Gifts

**None**
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

**None**
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

**None**
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Katz, Huntoon & Fieweger, P.C.**<br>**1000 36th Avenue**<br>**Moline, IL 61265** | **July 21, 2010** | **$500.00** |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Katz, Huntoon & Fieweger, P.C. 1000 36th Avenue Moline, IL 61265 | May 2011 | $3,000.00 |
| Katz, Huntoon & Fieweger, P.C. 1000 36th Avenue Moline, IL 61265 | July 6, 2011 | $12,000.00 |
| Katz, Huntoon & Fieweger, P.C. 1000 36th Avenue Moline, IL 61265 | July 6, 2011 | $1,039.00 |
| Day Rettig Peifer, P.C. PO Box 2877 Cedar Rapids, IA 52406-2877 | January 17, 2011 | $10,000.00 |
| Katz, Huntoon & Fieweger, P.C. 1000 36th Avenue Moline, IL 61265 | July 25, 2011 | $10,000.00 |

---

**10. Other transfers**

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Rod Whitcamp Burlington, IA    None | December 2009 | 3.5 acres (fair-market value $180,000.00). Purchase price $80,000.00 |
| . | | The plaintiffs in the Newberry case recovered an appeal bond of $175,000.00 in May 2011. |
| . | | Debtors held an auction (through Hilpire Auction Co) in June 2011 of excess equipment and realized approximately $29,000.00 netting approximately $22,700.00.  This is subject to a lien of F & M Bank. |
| Attorney John Loeschen    None | | Received a car (a Lincoln Continental 1984), value $5,000.00 in, or during, upon information and belief the last two years. |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

 Best Case Bankruptcy

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **See paragraph 10** | | |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

7

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☐    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Burlington Basket Facility, former General Electric Facility 1404 - 1418 W. Mt Pleasant Street West Burlington, IA** | **United States Environmental Protection Agency, Region 7 901 North 5th Street Kansas City, KS 66101-0000** | **December 18, 1986** | **EPA ID No. IAD 000678037 Administrative Order on Consent, Docket No. RCRA-07-2009-0013** |

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☐    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| **EPA Region 7 901 North 5th Street Kansas City, KS 66101** | | **Environmental covenant (8/10/2010)** |

**18 . Nature, location and name of business**

None ■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Ann Menke CPA PC**<br>**PO Box 135**<br>**West Point, IA 52656**<br><br>**Christopher Thompson, CFO** | **2009-2011** |

None
☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| **Ann Menke CPA PC** | **PO Box 135**<br>**West Point, IA 52656** | **2010** |

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Ann Menke CPA PC**<br><br>**Christopher Thompson**<br><br>**Katz, Huntoon & Fieweger, P.C.** | **PO Box 135**<br>**West Point, IA 52656**<br><br><br>**1000 36th Avenue**<br>**Moline, IL 61265** |

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Farmers & Merchants Bank & Trust**<br>**221 Jefferson Street**<br>**Burlington, IA 52601** | **July 8, 2011** |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Iowa State Bank**<br>**1403 S. Roosevelt**<br>**Burlington, IA 52601** | **July 8, 2011** |
| **Green River Equity**<br>**211 Walnut, Suite 1**<br>**Rochester, MI 48307** | **April 15, 2011** |
| **Equity Partners, Inc.**<br>**101 N. West Street**<br>**Easton, MD 21601** | **April 1, 2011** |
| **Lamont Ltd.**<br>**1530 Bluff Road**<br>**Burlington, IA 52601-4758** | **November 15, 2010** |
| **Meridian Capital**<br>**2025 First Avenue, Suite 1170**<br>**Seattle, WA 98121** | **August 15, 2011** |

---

**20. Inventories**

None ☐  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **May 16, 2011** | **David Thompson, VP** | **$317,604.22 cost** |
| **June 11, 2011** | **David Thompson, VP** | **$319,548.00 cost** |

None ☐  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **May 16, 2011** | **Christopher Thompson, CFO** |
| **June 11, 2011** | **Christopher Thompson, CFO** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Kathie Thompson**<br>**8480 Maurer Road**<br>**Apt #1034**<br>**Lenexa, KS 66219** | | **Preferred Class B**<br>**3.07%** |
| **Diane Thompson**<br>**21178 Conner Avenue #12**<br>**Burlington, IA 52601** | | **Common Stock, Preferred Class A,**<br>**Preferred Class B, Preferred Class C**<br>**23.25%** |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **David Thompson**<br>**12085 Sylvan Heights**<br>**Burlington, IA 52601** | | **Common Stock, Preferred Class B,**<br>**Preferred Class C**<br>**30.23%** |
| **Rick Thompson**<br>**4918 West Avenue Road**<br>**Burlington, IA 52601** | | **Common Stock, Preferred Class B,**<br>**Preferred Class C**<br>**43.44%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Jason Thompson**<br>**2804 Herblo Street**<br>**Burlington, IA 52601** | **Weekly basis from July 9, 2010 - April 21, 2011 for stock purchase** | **$25,522.14** |
| **Diana Thompson**<br>**21178 Conner Avenue #12**<br>**Burlington, IA 52601** | **Weekly basis from July 9, 2010 - April 21, 2011 for stock purchase** | **$33,790.00** |
| **David H. Thompson** | **December 27, 2010.  Cash short fall due to checks not showing up.  Dave gave $4,504.07 to cover negative balance in checking account.  When checks came in in the following week, he was reimbursed.** | **$4,504.07** |
| **David H. Thompson** | **Monthly loan repayment** | **$13,188.66** |
| **Rick Thompson** | **Monthly loan repayment** | **$7,056.11** |

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION             TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ☐    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Principal Group** | **401(k) match only** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **July 25, 2011**　　　　　　　　　　 Signature   **/s/ Rick L. Thompson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Rick L. Thompson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Iowa

In re  **Burlington Basket Company**  _____ Case No. _____
Debtor(s)  Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | | |
|---|---|---|---|
| For legal services, I have agreed to accept | as per contract | $ | _____ |
| Prior to the filing of this statement I have received  (exclusive of filing fee) | | $ | **25,500.00** |
| Balance Due | as per contract, application and court order | $ | **0.00** |

2.  $ **1,039.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☒ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☒ Debtor       ☐ Other (specify):

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

    **Debtor-in-Possession has executed an engagement letter and retainer agreement.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:  **See paragraph 6d.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

_____ _____
**Dale G. Haake IS9999122
Katz, Huntoon & Fieweger, P.C.
1000 36th Avenue
Moline, IL 61265
309/797-3000  Fax: 309/797-3330
dhaake@katzlawfirm.com**

---

.

# United States Bankruptcy Court
### Southern District of Iowa

In re   **Burlington Basket Company**                                           ,   Case No. _____

Debtor

Chapter                                 **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David H. Thompson**<br>**12085 Sylvan Heights**<br>**Burlington, IA 52601** | **Common stock** | **484** | **Stock** |
| **David H. Thompson**<br>**12085 Sylvan Heights**<br>**Burlington, IA 52601** | **Preferred Class B** | **976** | **Stock** |
| **David H. Thompson**<br>**12085 Sylvan Heights**<br>**Burlington, IA 52601** | **Preferred Class C** | **25** | **Stock** |
| **Diana Thompson**<br>**21178 Conner Avenue #12**<br>**Burlington, IA 52601** | **Common Stock** | **484** | **Stock** |
| **Diana Thompson**<br>**21178 Conner Avenue #12**<br>**Burlington, IA 52601** | **Preferred Class A** | **125** | **Stock** |
| **Diana Thompson**<br>**21178 Conner Avenue #12**<br>**Burlington, IA 52601** | **Preferred Class B** | **508** | **Stock** |
| **Diana Thompson**<br>**21178 Conner Avenue #12**<br>**Burlington, IA 52601** | **Preferred Class C** | **25** | **Stock** |
| **Kathleen Thompson**<br>**8480 Maurer Road**<br>**Apt #1034**<br>**Lenexa, KS 66219** | **Preferred Class B** | **151** | **Stock** |
| **Rick Thompson**<br>**4918 West Avenue Road**<br>**Burlington, IA 52601** | **Common Stock** | **483** | **Stock** |
| **Rick Thompson**<br>**4918 West Avenue Road**<br>**Burlington, IA 52601** | **Preferred Class B** | **1623** | **Stock** |
| **Rick Thompson**<br>**4918 West Avenue Road**<br>**Burlington, IA 52601** | **Preferred Class C** | **28** | **Stock** |

**0**____ continuation sheets attached to List of Equity Security Holders

In re    **Burlington Basket Company**                                        ,    Case No. _____

                                            Debtor


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date___**July 25, 2011**_____    Signature_**/s/ Rick L. Thompson**_____
                                                              **Rick L. Thompson**
                                                              **CEO**


*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

# United States Bankruptcy Court
## Southern District of Iowa

In re   **Burlington Basket Company** _____   Case No. _____

_____
Debtor(s)

Chapter   **11** _____

## VERIFICATION OF MASTER ADDRESS LIST
## ON PAPER (CREDITOR MATRIX)

I, the CEO of the corporation named as the debtor in this case, declare under penalty of

perjury that I have read the attached Master Address List (creditor matrix), consisting of   **10**

pages, and that it is true and correct to the best of my knowledge, information, and belief.

Date:   **July 25, 2011** _____

**/s/ Rick L. Thompson** _____
**Rick L. Thompson**/**CEO**
Signer/Title

VER_MTRX (Rev. 04/00)

A.W. Welt Ambrisco Insurance Co.
24 Westside Drive
Iowa City, IA 52246

ABC Fire Extinguisher
112 Broadway Street Suite #2
West Burlington, IA 52655

ABC Fire Extinguisher Inc.
112 Broadway Street
West Burlington, IA 52655

Access Energy
PO Box 440
Mount Pleasant, IA 52641

ACW Manufacturing Inc.
506 Elm
De Soto, IA 50069

Adams Plastic
501 N. Holman Avenue
Chicago, IL 60624-1413

Airgas North Central
105 West Agency
West Burlington, IA 52655

Atlantic Polymers & Colors
PO Box 908
Rye, NH 03870

Brian J. Helling
Aspelmeier, Fisch, Power, Engberg &
Helling PLC
PO Box 1046
Burlington, IA 52601

Brian J. Helling
Aspelmeier, Fisch, Power, Engberg &
Helling, PLC
PO Box 1046
Burlington, IA 52601

Buffalo Weaver, Inc.
400 Ansborough Avenue
Waterloo, IA 50701

C.H. Thompson Jr.
c/o David H. Thompson, conservator,
guardian
12085 Sylvan Heights
Burlington, IA 52601

C.H. Thompson Jr.
2910 Madison Avenue
Rm 313
Burlington, IA 52601

Citibusiness Plaintum Select Card
PO Box 688901
Des Moines, IA 50368-8901

City of West Burlington
122 Broadway Street
West Burlington, IA 52655

Clark Foam Products Corp.
655 Remington Blvd.
Bolingbrook, IL 60440

Colors for Plastics, Inc.
2245 Pratt Blvd
Elk Grove Village, IL 60007

Commerce Technologies Inc.
255 Fuller Road
Albany, NY 12203

Consumer Products Safety Commission
4330 East West Highway
Bethesda, MD 20814

Coppes Pest Management Inc.
PO Box 763
Burlington, IA 52601

Craftsman Press
203 N. Third Street
Burlington, IA 52601

D & W
RM. 502 East
#9 XIN MAO Bldg 86-21-54503291
No. 99 TIAN ZHOU Road,
Shanghai, China

D. Clay Taylor, P.A.
ADDRESS???

David Thompson
12085 Sylvan Heights
Burlington, IA 52601

Day Rettig Peifer, P.C.
PO Box 2877
Cedar Rapids, IA 52406-2877

Delta Dental
9000 Northpark Drive
Johnston, IA 50131

Delta Dental of Iowa
PO Box 5044
Des Moines, IA 50305-5044

Des Moines County Treasurer
PO Box 248
Burlington, IA 52601

Detroit Tubular Rivet, Inc.
Crestmark Detroit Tubular Rivet Inc
Drawer # 1525
PO Box 5935
Troy, MI 48007-5935

Diamond Vogel Paint
1506 Bluff Road
Burlington, IA 52601

Diana Thompson
21178 Conner Avenue #12
Burlington, IA 52601

Diane Thompson
21178 Conner Avenue #12
Burlington, IA 52601

Diversified Packaging Corp
2101 Innerbelt Business Center
Saint Louis, MO 63114

Docuforms, Inc.
PO Box 2707
Davenport, IA 52809

Doran & Ward Company
PO Box 550
West Burlington, IA 52655

Drake Hardware & Software
211 North 5th Street, Suite 100
Burlington, IA 52601

Dura-Fibre
PO Box 684084
Milwaukee, WI 53268-4084

E.R. Wagner Mfg. Co.
8822 W. 47th Street
Brookfield, IL 60513

Eagle Tool Company
400 6th Avenue NW
Dyersville, IA 52040-0146

Ebert Supply Co.
Industrial-Janitorial Equipment
317 N. 6th Street
Burlington, IA 52601

Equity Partners, Inc.
101 N. West Street
Easton, MD 21601

Estes Express Lines
PO Box 25612
Richmond, VA 23260-5612

Farmers & Merchants Bank & Trust
221 Jefferson Street
Burlington, IA 52601

Fastenal Company
1301 Broadway Street
West Burlington, IA 52655

FedEx
PO Box 94515
Palatine, IL 60094-4515

Fidlar
1515 E. Kimberly Road
Davenport, IA 52808

Flexo Impressions, Inc.
2060 West 98th Street
Minneapolis, MN 55431

Gerald D. Goddard
PO Box 606
Burlington, IA 52601

Gong Mei, Inc.
1512 Potomac Drive
Richardson, TX 75081

Grainger
11200 E. 210 Hwy
Kansas City, MO 64161-9370

GS Net Results/Gary Stromberg
c/o Estates Administrator
Kristin Strombergh Garza
12523 Concho Drive
Frisco, TX 75034

H.E. Wisdom & Sons, Inc.
1575 Executive Drive
Elgin, IL 60123

Heritage Crystal Clean
13621 Collections Center Drive
Chicago, IL 60693

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

International Paper
920 Shaver Road NE
Cedar Rapids, IA 52402-4509

Iowa Department of Revenue
Bankruptcy
PO Box 10471
Des Moines, IA 50306-0471

Iowa State Bank
1403 S. Roosevelt
Burlington, IA 52601

Jason Thompson
2804 Herblo Street
Burlington, IA 52601

Kathleen Thompson
8480 Maurer Road
Apt #1034
Lenexa, KS 66219

Komar Apparel Supply
1200 Arther Avenue
Elk Grove Village, IL 60007

L.T. Thompson Sales
7116 Glenross Road
Saint Paul, MN 55125

Lamont Ltd.
1530 Bluff Road
Burlington, IA 52601-4758

Laveine Sanitation Service
1022 North Gear
West Burlington, IA 52655-1041

Locker Greenberg & Brainin LLP
420 Fifth Avenue
New York, NY 10018

Loeschen Law Firm
22 Luck Avenue
Roanoke, VA 24011

Lofware, Inc.
166 Corporate Drive
Portsmouth, NH 03801

Lone Star Chemical
Cash Management Dept
c/o North Dallas Bank
PO Box 670774
Dallas, TX 75367-0774

M. Holland Company
400 Skokie Blvd. Suite 600
Northbrook, IL 60062

Mae Special Ties Industries
1930 E. Devon Avenue
Elk Grove Village, IL 60007

Maroon Inc.
1390 Jaycox Road
Avon, OH 44011

McMaster Carr Supply Co.
PO Box 7690
Chicago, IL 60680

Mediacom
PO Box 5744
Carol Stream, IL 60197-5744

Mediacom
1005 N. Frederick Street
Oelwein, IA 50662-1018

Meridian Capital
2025 First Avenue, Suite 1170
Seattle, WA 98121

Met Life Small Business Center
PO Box 804466
Kansas City, MO 64180-4466

Metlife Small Business Center
PO Box 804466
Kansas City, MO 64180

Midland Paper
1140 Paysphere Circle
Chicago, IL 60674

Mike Augustine
PO Box 359
Morrisville, PA 19067

Miller Container Corp.
PO Box 1130
Milan, IL 61264

MSC Industrial Supple Co
Dept. CH 0075
Palatine, IL 60055-0075

Nalco
605 E. Main
Mount Orab, OH 45154

Packaging Inc.
6775 Shady Oak Road
Eden Prairie, MN 55344

Per Mar Security
PO Box 1101
Davenport, IA 52805-1101

Pitney Bowes Global Financial Services
PO Box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes Purchase Power
PO Box 856042
Louisville, KY 40285

Plastic Process Equipment
8303 Corporate Park Drive
Macedonia, OH 44056

Poly-V Inc.
16 Ridgeview Road
Topsfield, MA 01983

Praxair Distribution Inc.
2710 West Mt. Pleasant Street
West Burlington, IA 52655

Principal Financial Group
711 High Street
Des Moines, IA 50392-0001

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

Qwest Business Services
PO Box 52187
Phoenix, AZ 85072-2187

Rainbo Oil Co.
911 Osborn Street
Burlington, IA 52601

Rick Thompson
4918 West Avenue Road
Burlington, IA 52601

RMS
RR1 Bos 77A
Lomax, IL 61454

Ronald B. Barnett
3448 Tothill Drive
Troy, MI 48084

Sage Software
Corporate Office
6561 Irvine Center Drive
Irvine, CA 92618-2031

Sage Software, Inc.
PO Box 849887
Dallas, TX 75284-9887

Slate from Chase
PO Box 15298
Wilmington, DE 19850-5298

Small Business Administration
210 Walnut Street #749
Des Moines, IA 50309-2186

SPS Commerce
333 South 7th Street, Suite 1000
Minneapolis, MN 55402

Staples Business Advantage
Dept. DET
PO Box 83689
Chicago, IL 60696-3689

Sterling Commerce
PO Box 73199
Chicago, IL 60673

Sterling Commerce
4600 Lakehurst Court
PO Box 8000
Dublin, OH 43016-2000

Steve Baker
7771 West Oakland Park Blvd
Suite 240
Fort Lauderdale, FL 33351

SWK Technologies, Inc.
5 Regent Street, Suite 520
Livingston, NJ 07039

Toys R Us
One Geoffrey Way
Wayne, NJ 07470

Traffix
375 Wheelabrotor Way Unit 1
Milton, ON, L9T 3C1

Uline
2200 S. Lakeside Drive
Waukegan, IL 60085

Ultra Poly Corp
PO Box 908
Portland, PA 18351-0330

United Mileage Plus Visa
PO Box 15298
Wilmington, DE 19850-5298

UPS
PO Box 650580
Dallas, TX 75265-0580

UPS
Lockbox 577
Carol Stream, IL 60132-0577

UPS Supply Chain Solutions
490 Supreme Drive
Bensenville, IL 60106

UPS/UPS SCS Chicago
28013 Network Place
Chicago, IL 60673-1280

US Post Office
West Burlington MPO
West Burlington, IA 52655-9998

Wade Manufacturing Co
PO Box 32
Wadesboro, NC 28170

Wellmark Blue Cross
PO Box 10353
Des Moines, IA 50306-0353

WGL
PO Box 513064
Philadelphia, PA 19175-3064

Wilford Stone
Lynch Dallas, P.C.
526 Second Avenue SE
PO Box 2457
Cedar Rapids, IA 52406-2457

Wisdom Adhesives
1575 Executive Drive
Elgin, IL 60123

WLG USA, LLC
920 E. Algonquin Road
Suite 120
Schaumburg, IL 60173

World Commerce Services, LLC
920 E. Algonquin Road Suite 120
Schaumburg, IL 60173

Xerox Corporation
PO Box 1000/MS 7060-275
Wilsonville, OR 97070-1000

# United States Bankruptcy Court
### Southern District of Iowa

In re   **Burlington Basket Company**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Burlington Basket Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 25, 2011**

Date

**/s/ Dale G. Haake**

**Dale G. Haake IS9999122**

Signature of Attorney or Litigant

Counsel for   **Burlington Basket Company**

**Katz, Huntoon & Fieweger, P.C.**
**1000 36th Avenue**
**Moline, IL 61265**
**309/797-3000 Fax:309/797-3330**
**dhaake@katzlawfirm.com**